

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 07 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PRIVATION OF RIGHTS UNDER COLOR OF LAW

MARY JONES, pro-se                                                        Plaintiff

VS                          4:22-cv-1084-QR

COMMISSIONER JOHNNY KEY
Arkansas Department of Education                                          Defendant

Come, Mary Jones, pro-se, Plaintiff, filing this lawsuit under the "Privation of Rights Under Color of Law Section 243 of Title 18 U.S.C.

I am a 68-year-old black, disabled woman that has been a substitute teacher for a total of 35 years, until September 19, 2019, when I attended a protested and my sign read, "**Out with Johnny Key** and White Supremacists". The protest was because of the State takeover and occupation of the second largest school district in Arkansas and majority black students. For The first time was majority black elected board with a budget of over 600 million dollars, even more than the City of Little Rock.

I lived in Parkview Towels/ also known as Retired Teachers Housing Inc. We were on the news. The next day when I was leaving the building, it was some residents of the building in the lobby and they were telling me that they seen me protesting last night on television. I ran some errands and when I got back a lady that I had seen at the Arkansas Board of Education as a staff member was in Jo Matchett, the Residence Manager's office and that's when my problems begin, the building manager begin harassing me almost on a daily basic.

The Arkansas State Police has always did my background checks and I have passed several.

After the September protest the Arkansas Legislators convened and changed the law whereas,

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

The Arkansas Board of Education did the background checks now. They found a prostitution charge from the year 1975. I have never been convicted in a court of law of prostitution, I paid $55 and was released. I've been a foster parent with over 40 children coming into my home and has been an employee of the Little Rock School District and never have any inappropriate allegations been against me. I'm vested with three Fortune 500 companies. I had the charge of prostitution sealed, even though I've never been convinced in a court of law, and Commissioner Key's office said that didn't matter, I would never be around children again. The law that was quoted is for pedophiles.

I have went from living a middle class lifestyle to struggling. I have been forced to do manual labor in order to eat because I can't get assistant with my income. I been hospitalized due to stress, I'm in physical therapy now because of my work.

I filed an EEOC and it was dismissed because I missed the deadline due to corona and being harassed almost daily.

My constitutional and civil rights has clearly been violation and I ask that I be able to substitute teach again and 6 million dollars for my pain and suffering.

Sincerely,

Mary Jones

Submitted by:  Mary Jones
              6115 W. Markham Street, apt 4M
              Little Rock, Arkansas 72205
              Phone number: 501-960-9971

Certified Mailed to: Commissioner Johnny Key
                     Arkansas Department of Education
                     4 Capitol Mall

Little Rock, AR 72201

Mary Jones
Nov. 7, 2022

Exhibit 1 Sealed Charge

Exhibit 2 Physical Therpy Order

Exhibit 3 EEOC Dismissal

IN THE <u>Pulaski</u> **COURT OF** <u>Little Rock Civil</u>, **ARKANSAS**
_____ **DIVISION**

**STATE OF ARKANSAS**                                            **PLAINTIFF**

**VS.**                          **Case No.** <u>432443</u>

<u>Mary Diana Bone</u>                                             **DEFENDANT**
**(First, Middle and Last name)**

## PETITION TO SEAL MISDEMEANORS UNDER ACT 1460 OF 2013; A.C.A.16-90-1401, Et. Seq.

Comes the Defendant and for his/her petition to seal the record states:

1. The Defendant was arrested on the <u>18th</u> day of <u>June</u>, <u>1975</u>, and charged with the offense(s) of:
   <u>Prostitution</u>
   in violation of A.C.A.§ _____

2. The Defendant either pled guilty or nolo contendere or was found guilty of the offense(s) of:
   <u>Prostition</u>

   in violation of A.C.A.§ _____
   on the <u>18th</u> day of <u>June</u>, <u>1975</u>.

3. The Defendant has completed his or her sentence for the misdemeanor offense.

4. Defendant has paid all court costs unless payment has been excused by the Court.

5. Defendant has repaid all Court ordered restitution.

ACIC Form
Revised 08/01/2019

6. Defendant has paid all driver's license suspension reinstatement fees and completed all driver's license reinstatement requirements if Petitioner's drivers license was suspended as a result of this plea or conviction.

7. ☑ Defendant has completed all of these requirements and the conviction was not for one of the named misdemeanors listed in A.C.A.§ 16-90-1405(b)(1);or
☑ It has been at least five (5) years since Defendant completed his or her sentence if the conviction was for one of the named misdemeanors listed in A.C.A.§ 16-90-1405(b)(1); or
☐ It has been at least ninety (90) days since the Court denied a Petition to Seal for a conviction that is not for one of the named misdemeanors listed in A.C.A.§ 16-90-1405(b)(1);or
☐ It has been at least one (1) year since the Court denied a Petition to Seal for a conviction that is for one of the named misdemeanors listed in A.C.A.§ 16-90-1405(b)(1).

8. The Defendant was either not a holder of a commercial driver's license at the time of conviction or if he or she did hold a commercial driver's license at the time of conviction, the conviction was not for a traffic offense.

9. ☑ Defendant has no pending felony charges in any state or federal court; or
☐ Defendant has one or more pending felony charges in state or federal court and the status of that/those charges is/are as follows: _____

10. Defendant ☐ **IS** or ☑ **IS NOT** required to register as a sex offender under the Sex Offender Registration Act of 1997 (A.C.A.§ 12-12-901, et seq)

ACIC Form
Revised 08/01/2019

11. Defendant requests the Court enter a finding that he or she has been rehabilitated.

12. As evidenced by my signature below, the above information is true and correct to the best of Defendant's knowledge.

WHEREFORE, the Defendant, Mary Jones/Mary Diana Bone, prays this Court enter an Order Sealing the above referenced misdemeanor conviction(s) pursuant to A.C.A. §16-90-1405.

| 1200 Commerce Street, apt 903 |
|---|
| City: Little Rock |
| State: Ar    Zip code: 72202 |
| *Defendant's Address* |

*Mary Jones*
Defendant's Signature

June 8, 2021
Date

ACIC Form
Revised 08/01/2019

## Certificate of Service

I, _Mary Jone_, do hereby certify that a true and correct copy of the foregoing Petition has been provided to either the Prosecuting Attorney for the County in which the Petition has been filed or to the City Attorney depending on which office prosecuted the case and the arresting agency by placing a copy of this Petition in the United States mail, postage prepaid, to said office or by hand delivering a copy to said office.

_Mary Jone_
Defendant of Defendant's Attorney

_June 8, 2021_
Date

ACIC Form
Revised 08/01/2019

# VERIFICATION

STATE OF ARKANSAS
COUNTY OF _Pulaski_

Comes the Petitioner, _Mary Jones_, under oath and states that the foregoing Petition is true and correct to the best of my knowledge and belief.

_Mary Jones_
Petitioner

Subscribed and sworn to before me on this _8th_
, day of _June_, 20 _21_.

(Seal)
NATASHA BATES
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires June 17, 2026
Commission No. 12696104

_Natasha Bates_
Notary Public

My Commission expires: _June 17th, 2026_

**THE FOLLOWING INFORMATION IS REQUIRED FOR PROPER IDENTIFICATION OF THE DEFENDANT IN THE STATE AND NATIONAL RECORD SYSTEMS**

Race _B_
Sex _F_
DOB _9/6-54_

Arrest Tracking Number _9140929_
SID No. _432443_
FBI No. (if known) _____

ACIC Form
Revised 08/01/2019

Jones, Mary Female 09-06-1954

Exhibit 2

# Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184  
Fax: 501-227-0187  
Main Fax: 501-227-0187

5700 West Markham Street  
Little Rock, AR 72205 - 3328  
Refer@ArkansasSpineAndPain.com

## Physical Therapy Order

**Patient:** Mary Jones  
**DOB:** 09-06-1954  
**Address:**  
6115 W Markham Apt 4M  
Little Rock AR 72202

**Ordered on:** 09-21-2022

**Home Phone:** 501 960-9971  
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)  
Controlled drug dependence (F19.20)  
Lumbar spondylosis (M47.816)  
Facet arthritis, degenerative, lumbar spine (M47.816)  
Bilateral sacroiliitis (M46.1)  
Encounter for long-term (current) use of medications (Z79.899)

**Instructions:**  
Physical Therapy and evaluate and treat lumbar spondylosis 3x/wk for 6 weeks

*[signature]*

Angela Chukwuanu , APRN



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Little Rock Area Office
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/08/2022

**To:** Mary A. Jones
6115 W Markham St 4M
Little Rock, AR 72205
Charge No: 493-2022-01825

EEOC Representative and email:   Rita Barnes
Enforcement Supervisor
rita.barnes@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2022-01825.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
08/08/2022

Edmond Sims
Acting District Director