

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 9 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PRIVATION OF RIGHTS UNTER COLOR OF LAW

CASE# 4:22-CV-1084LPR

**RESPONES TO DEFENDANT MOTION TO DISMISS**

**MARY JONES, pro-se**                                                                                          **Plaintiff**

VS

**COMMISSIONER JOHNNY KEY**
**Arkansas Department of Education**                                                              **Defendant**

Come, Mary Jones, pro-se, Plaintiff filing this lawsuit under the "Privation of Rights Under Color

Of Law Section 243 of Title U,S.C. Also in accordance Under Federal Rule of Civil Procedure

4(c)(1)(m). Including Local Rule 5.5 (c)(2).

Defendant stated, Ark. Code Ann. 6-17-415(b)(3) five years background check

Requirement): Ark.Code Ann. 6-17-414(b).

Answer To #1 by Plaintiff: I begin substitute teaching in 1986, I've had several

background checks and passed them all, until September, 2019 when exercising

my first amendment right of the constitution. My sign read "Out with Johnny Key and

White Supremacists in the Little Rock School District.

The Arkansas Legislature passed a bill that Arkansas Broad of Education would do background

checks. They has to go back 44 years to find something , in which it was a prostitution charge

from 1975 in which I was never convicted of in a court of law. Defendant's attorney said I said

that I was guilty in the sealed document which isn't true. Please product the transcript

from 1975, there isn't one. Why did Arkansas Broad of Education just happen to find a prostitution charge when I called out white supremacists.

I have been vested with three Fortune 500 companies. I've filed fifty-five income tax returns and have voted for forty-three years in most every elections.

In my sealed misdemeanor document I am not listed as a sex offender but Arkansas Broad of Education said I can't be around children. This is clearly retaliation and a violation of my freedom of speak.

Defendant sated what I filed under is federal criminal laws. When Commissioner Johnny Key has done to me as far as scandalizing my name, causing me to be hospitalized for stress and a bleeding ulcer in which I could have died is a crime. If I would have died , I would have been another dead black person.  Violating my civil rights and causing me to lost between 15 to 20 thousand dollars a year is a crime.

Commissioner Johnny Key has taken an oath to serve people, our schools in the urban areas are worst than they were before he came in.

Defendant stated , I can't represent myself, if I can't afford an attorney, I'm not going to allow you to violate my rights and take money out of my pocket.

I stated the facts against Commissioner Key, and if this isn't settled the world will know how Arkansas treat their black, elderly, disabled citizens.

Defendant said he is immune, I'm not a lawyer, but no one is immune to violating a citizens rights.

## CONCIUSION

I ask the court to appoint me an attorney because I can't afford one. Allow me to substitute teach again, punitive damages for my lost wages and pain and suffering . To dismiss this this would be a grave injustice to our democracy.

Respectfully submitted By:   Mary Jones, pro-se
                             6115 W. Markham Street, apt 4M
                             Little Rock, Arkansas   72205
                             Phone # 501-960-9971

## CERTIFICATE OF SERVICE

Lori Freno, No, 97042, Arkansas Department of Education, Four Capitol Mall, Suite 302 A, Little Rock, AR 72201


Sincerely,

*[signature: Mary Jones]*

Mary Jones, pro-se