IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY JONES**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:22-CV-01084-LPR**

**COMMISSIONER JACOB OLIVA,**
Arkansas Department of Education                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE